UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-00035-SB-MAA**                                     Date: **February 1, 2021**

Title   **Andrew C. Brewer v. Stu Sherman, Warden**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**        Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 18)

On January 2, 2020, the Court received and filed Petitioner Andrew C. Brewer's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Pet., ECF No. 1.) Petitioner filed the operative First Amended Petition ("FAP") on July 13, 2020. (FAP, ECF No. 10.)

On November 17, 2020, Respondent filed a Motion to Dismiss the FAP ("Motion to Dismiss"). (Mot. to Dismiss, ECF No. 18.) By the terms of this Court's August 20, 2020 Order Requiring Response, Petitioner's Opposition to the Motion to Dismiss was due within thirty days after service of that Motion. (Or. Requiring Response, ECF No. 11, at 3.)

To date, Petitioner has not filed an Opposition to the Motion.

Petitioner is **ORDERED TO SHOW CAUSE** by **March 3, 2021** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Petitioner is advised that failure to file an Opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the lawsuit be dismissed.** See **C.D. Cal. L.R. 7-12.** **Petitioner also is advised that failure to comply with**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-00035-SB-MAA**  Date: **February 1, 2021**

Title  **Andrew C. Brewer v. Stu Sherman, Warden**

**this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.

Time in Court:  0:00
Initials of Preparer:  JM