# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW C. BREWER,<br><br>        Petitioner,<br><br>  v.<br><br>STU SHERMAN,<br><br>        Respondent. | Case No. 2:20-cv-00035-SB-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 15, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE